# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| MATTHEW W. HARRINGTON, <br><br> Plaintiff, <br><br> v. <br><br> UTAH STATE HOSPITAL, <br><br> Defendant. | **DISMISSAL ORDER <br> & MEMORANDUM DECISION** <br><br> Case No. 2:13-CV-656 DB <br><br> District Judge Dee Benson |

Plaintiff, inmate Matthew W. Harrington, filed this *pro se* civil rights suit, *see* 42 U.S.C.S. § 1983 (2014), proceeding *in forma pauperis*, *see* 28 *id.* 1915. Reviewing the Complaint under § 1915(e), in an Order dated June 16, 2014, the Court determined Plaintiff's Complaint was deficient. The Court then gave Plaintiff directions for curing the deficiencies, sent him a "Pro Se Litigant Guide," with a blank-form civil rights complaint, and ordered him to cure the deficiencies within thirty days. Plaintiff has yet to amend his complaint. In fact, the Court has not heard from him at all since May 29, 2014, when he filed a request for a court date.

**IT IS THEREFORE ORDERED** that Plaintiff's Complaint is **DISMISSED** without prejudice for failure to state a claim under § 1915(e)(2)(B)(ii), failure to follow Court orders, and failure to prosecute, *see* DUCivR 41-2. This case is **CLOSED.**

DATED this 30th day of October, 2014.

BY THE COURT:

_____
JUDGE DEE BENSON
United States District Court